Exhibit A to the Complaint

**Location:** Pasadena, CA  **IP Address:** 24.205.79.225
**Total Works Infringed:** 40  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 6129DF2BC00E3BB556B1C4651A1B15493D7DD753 | 06/06/2025 21:05:16 | Blacked Raw | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 2 | 2FDEAA49858CD8EBE88104D429D0D638D13D8D75 | 12/03/2024 23:41:23 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 3 | 4a0fb7bae5e74225c5e54b6a24e3bae8ad7d5292 | 09/04/2024 10:17:29 | Slayed | 05/24/2022 | 06/09/2022 | PA0002361291 |
| 4 | 294ddcebfd93aa7e18b5ccc90f48dc52718d1b79 | 07/19/2024 14:05:09 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 5 | 84d82a3233f73e28288117a6708c0f06532ae398 | 07/16/2024 05:48:20 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 6 | ba6cd2ec59878de04d2dbd1be606a797e992f0e1 | 06/27/2024 21:37:35 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 7 | 9e7ac67ed84d7d04bf3cc582b9c85202ae696326 | 06/27/2024 17:00:53 | Blacked | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 8 | C270EEF9A2256C0682166E6164B86AD66F220BD9 | 06/12/2024 20:57:01 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 9 | a45cb51280224f6c348bb0c143f32109e173f8af | 06/08/2024 11:01:53 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 10 | 94e00edacf46f8763b4b28a29beb83473ac2ba8e | 03/25/2024 03:15:04 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 11 | fd321e6d815731c7f5bf14345ff7d2fd3c694620 | 03/23/2024 01:44:09 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 12 | 42fa8d55c449f1b251cbdca779af8b82b924ad80 | 03/14/2024 13:51:53 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 13 | 8eca72d720ec200620b6c594895754af2c5f477a | 03/02/2024 18:23:51 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 14 | bf8e6af14a2c987882d95264350209eaca8673b9 | 02/21/2024 01:40:13 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 15 | 7cbb6c2c3efe987cded316883235ed3fbcd6e773 | 02/07/2024 13:24:02 | Blacked | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 16 | 497B112A9245A8F14EE06C215652898A970686FC | 01/22/2024 08:56:45 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | A876AEAB4741CD3EBDEB7C4C40E33512387BCD73 | 01/10/2024 00:59:08 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 18 | e6b01bc4dcd9ecc1c07a3f874107162ef9c9da75 | 12/22/2023 00:27:31 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 19 | 699ABEDA1D6711BA6B410DDEF989966807527D07 | 12/21/2023 22:11:51 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 20 | 46E2853941AB1037486F28A959957C3AF8C92D31 | 12/21/2023 22:01:08 | TushyRaw | 05/31/2023 | 07/14/2023 | PA0002427524 |
| 21 | 9FF225EC7F400331AEB244C71F3B87B3B0CFCB92 | 12/21/2023 21:44:53 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 22 | 0480440BFB5B4F6A618E4D77FB382B79E43F52CE | 12/21/2023 05:19:45 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 23 | 22D2FF7ADC09FB52244F0FF2FE28AD3FE76FF431 | 11/19/2023 19:36:43 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 24 | 22A33D5832765A307DACBD384F85BC88C99F909B | 11/19/2023 19:32:27 | Blacked Raw | 10/23/2023 | 11/13/2023 | PA0002439616 |
| 25 | cac178698e2d7079eca0f1bc27701cc4c1557845 | 11/13/2023 02:14:29 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 26 | e10dccdf8813ead75de1ee696f601a68e10f8cb2 | 09/09/2023 00:05:56 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 27 | dae09c5e7ee7fbc128fbf1e6e642a3c92cccd6c9 | 04/30/2023 09:03:35 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 28 | 9a00dc56773a2daf8a9bfe17c2984a51122fb78e | 02/10/2023 07:10:20 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 29 | C3A2B7E60F62F5A9D03F1F3A4071969DBABEDC04 | 02/07/2023 17:32:43 | Tushy | 02/28/2021 | 03/22/2021 | PA0002282501 |
| 30 | 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B | 01/27/2023 19:55:46 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 31 | 3eb9dcd713db9c1ddb96b49adc48005b37c6d9b0 | 01/07/2023 21:23:23 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 32 | acd5866e4689eeaa725c36a93b1640560bab0750 | 01/04/2023 12:57:39 | Blacked | 01/08/2022 | 01/17/2022 | PA0002330123 |
| 33 | 1033e650c7cd1f17943a64db30c19104b0dc872f | 01/03/2023 21:29:24 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 34 | c6e2a3fbc34722b6de685c41833b247973356d51 | 12/30/2022 01:23:14 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 689714F8DC47B1691B8936738C41927C15E920A7 | 12/09/2022 23:31:05 | Tushy | 07/03/2022 | 07/22/2022 | PA0002359464 |
| 36 | 426FD4E37D840A1BF92F1C7483CFCF6DB05B2159 | 11/15/2022 19:53:19 | Tushy | 09/04/2022 | 11/27/2022 | PA0002388059 |
| 37 | 307B10AC43F5DC6307100B5B98A340DE5AAFEB06 | 10/29/2022 04:47:06 | Tushy | 10/23/2022 | 10/31/2022 | PA0002377815 |
| 38 | 834d81ddf07d6446d140d573d1f69c96ccaf8641 | 10/09/2022 10:26:21 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 39 | A7770544B4B90C68B42B29A6AF976A000F2B3BC2 | 10/06/2022 16:13:30 | Tushy | 10/02/2022 | 11/27/2022 | PA0002388605 |
| 40 | fe0d2bb132ee1fe9d80f0e2ac81690520fd2f0ba | 09/12/2022 19:12:26 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |